Matter of Del Pozo Espinosa De Los Monteros (2025 NY Slip Op 06581)





Matter of Del Pozo Espinosa De Los Monteros


2025 NY Slip Op 06581


Decided on November 26, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:November 26, 2025

PM-269-25
[*1]In the Matter of Virginia Del Pozo Espinosa De Los Monteros, an Attorney. (Attorney Registration No. 5532981.)

Calendar Date:November 24, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Virginia Del Pozo Espinosa de los Monteros, Brussels, Belgium, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Virginia Del Pozo Espinosa de los Monteros was admitted to practice by this Court in 2017 and lists a business address in Brussels, Belgium with the Office of Court Administration. Del Pozo Espinosa de los Monteros now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Del Pozo Espinosa de los Monteros' application.
Upon reading Del Pozo Espinosa de los Monteros' affidavit sworn to September 25, 2025 and filed October 14, 2025, and upon reading the November 20, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Del Pozo Espinosa de los Monteros is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Virginia Del Pozo Espinosa de los Monteros' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Virginia Del Pozo Espinosa de los Monteros' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Virginia Del Pozo Espinosa de los Monteros is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Del Pozo Espinosa de los Monteros is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Virginia Del Pozo Espinosa de los Monteros shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.









